IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUANA LEWIS in her own right and as parent and natural guardian of a minor, J.L., and J.L. in his own right | : : : : | CIVIL ACTION |
| v. | : : | |
| THE CITY OF PHILADELPHIA; THE SCHOOL DISTRICT OF PHILADELPHIA; BENJAMIN B. COMEGYS SCHOOL; WILLIAM R. HITE; LISA WILMER; STEPHEN DOTTER; and JOHN DOES # 1-5 | : : : : : | No. 14-1707 |

## ORDER

AND NOW, this 20th day of July, 2015, upon consideration of defendants' motion for summary judgment (paper no. 37), plaintiffs' response in opposition (paper no. 42), and oral argument on defendants' summary judgment motion, and for the reasons stated in the accompanying memorandum of today's date, it is **ORDERED** that:

1. Defendants' motion for summary judgment (paper no. 37) is **GRANTED**.

2. Defendants' motion for judgment on the pleadings (paper no. 20) and motions to compel authorization for the release of records (papers no. 29 and 30) are **DENIED AS MOOT**.

3. This action is **DISMISSED** and the Clerk of Court shall mark this action **CLOSED**.

                                                                     /s/ Norma L. Shapiro
                                                                                                    J.